IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED PORTIS and BEVERLY PORTIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-cv-926-MEF |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **REPORT OF PARTIES' PLANNING MEETING**

Pursuant to FED. R. CIV. P. 26(f), a meeting was held on December 8, 2006, at 11:00 a.m. and was attended by:

- Jacob Fuller for Plaintiffs, Fred Portis and Beverly Portis

- Micheal S. Jackson for Defendant State Farm Fire & Casualty Company.

The parties do not request a conference with the Court before the entry of the Scheduling Order.

1. <u>Plaintiffs</u>:      Discovery will be required on all aspects of Plaintiffs' claims and factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

<u>Defendant</u>:      Discovery will be required on all aspects of Plaintiffs' claims and factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

2.      This jury action should be ready for trial by the November 5, 2007 trial term and at this time is expected to take approximately two (2) days, excluding jury selection to complete.

3.      The parties request a Pretrial Conference in September 2007.

4.      <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan. Discovery will be needed on the following subjects:

A.      Depositions of fact witnesses by May 31, 2007.

B.      Depositions of Experts:

• Defendants to take deposition(s) of Plaintiffs' expert(s), if any, on or before April 30, 2007.

• Plaintiffs to take deposition(s) of Defendants' expert(s), if any, on or before May 30, 2007 or 20 days after Defendants' designation of expert(s).

C.      All discovery commenced in time to be completed by June 30, 2007.

5.      <u>Initial Disclosures</u>.  The parties will exchange the information required by FED. R. CIV. P. 26(a)(1) by January 31, 2007.

6.      The parties request to join additional parties and amend the pleadings as follows:

• Plaintiffs by February 15, 2007

• Defendants by March 15, 2007

7.      Reports from retained experts under Rule 26(a)(2) due:

• from Plaintiffs by February 15, 2007

• from Defendants by March 15, 2007 or 20 days after taking deposition of Plaintiffs' expert, whichever is later.

8.      <u>Pretrial Disclosures</u>.  Final lists of witnesses and exhibits under Rule 26(a)(3) due September 30, 2007.

9.      <u>Discovery Limits.</u>

•      Maximum of 40 interrogatories by each party to any other party.  Responses due 45 days after service.

•      Maximum of 10 depositions by Plaintiffs and 10 by Defendants.  Each deposition will be limited to a maximum of six hours unless extended by agreement of parties.

•      Maximum of 10 requests for admission by each party to any other party. Response due 45 days after service.

•      Maximum of 35 requests for production of documents by each party to any other party.  Responses due 45 days after service.

10.      All potentially dispositive motions should be filed by June 15, 2007 which is 90 days before the September  2007 Pretrial Conference requested by parties.

11.      Settlement cannot be evaluated prior to the conclusion of discovery.

**SIGNATURES APPEAR ON NEXT PAGE**

**RESPECTFULLY SUBMITTED** this the8th day of December, 2007.

/s/ J. Doyle Fuller
_____

**J. DOYLE FULLER [FULL1800]**
Attorney for Plaintiffs Fred and Beverly Portis

LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, AL 36106

/s/ Micheal S. Jackson
_____

**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ronald Nall and
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax

-4-