IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-926-MEF |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

NOW COME the parties, by and through undersigned counsel, and move the Court to extend the time for filing dispositive motions and show the Court as follows:

1. The parties are in serious settlement negotiations and are very close to reaching a settlement in this case.

2. The parties need additional time to conclude settlement negotiations.

3. Because the parties have been in serious settlement negotiations, they have withheld spending time and money taking depositions and conducting discovery in this case. Accordingly, the case is not currently postured to file dispositive motions. Dispositive motions at this juncture would require substantial time in preparing affidavits to present the facts to the Court.

4. Both parties believe that an extension of time would promote settlement because one of the considerations of settlement is avoiding time and expense in litigating the issues between the parties. If the parties have to spend time and money filing dispositive motions, that will be money which could be used to settle the case.

5.     The parties request an extension of time to and including July 17 to file dispositive motions and hope to report to the Court a settlement on or before that date.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly request that the Court extend the time to file dispositive motions to and including July 17, 2007.

**DONE** this the 3rd day of July, 2007.


    s/ J. Doyle Fuller
**J. DOYLE FULLER [FULL1800]**
Attorney for Plaintiffs, Fred and Beverly Portis

LAW OFFICE OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, AL 36106
(334) 270-0020
(334) 270-9848 (fax)


    s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
   PATTY, VAN HEEST & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com