IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED PORTIS, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:06-cv-926-MEF |
| ) | |
| STATE FARM INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Deadline (Doc. #6) filed on July 3, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 10th day of July, 2007.

                                                                         /s/ Mark E. Fuller
                                                   CHIEF UNITED STATES DISTRICT JUDGE