IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED PORTIS and BEVERLY PORTIS, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-926-MEF |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF'S EXPERT WITNESS LIST

COMES NOW the Plaintiff and provides that they will have no expert witnesses for this trial.

**RESPECTFULLY SUBMITTED** this the 13th day of August, 2007.

/s/ Jacob Fuller____

Attorney for Plaintiffs Fred and Beverly Portis

LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, Alabama 36106

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, first-class postage prepaid, to

**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire and
Casualty Company
BEERS, ANDERSON, JACKSON,
PATTY, VAN HEEST & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

on this the 13th day of August, 2007.

/s/  Jacob A. Fuller
**JACOB A. FULLER**