IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-926-MEF |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff and provides the following concerning the settlement conference:

1) The two parties engaged in settlement negotiations within the prescribed period, wherein the case was very close to settling.
2) During this time, the Plaintiff, Fred Portis, suffered a stroke and ultimately passed away.
3) Needless to say, this occurrence halted all settlement talks.
4) The Plaintiff and the Defendant firmly believe that a settlement can be reached fairly easily in this matter, once Mrs. Portis has been given a little bit of time to settle down.
5) Both parties firmly believe that mediation is not necessary in this case and that settlement will be reached very soon.

**RESPECTFULLY SUBMITTED** this the 17th day of August, 2007.

/s/ Jacob Fuller

Attorney for Plaintiffs Fred and Beverly Portis

LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, Alabama 36106

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, first-class postage prepaid, to

**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire and
Casualty Company
BEERS, ANDERSON, JACKSON,
PATTY, VAN HEEST & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

on this the 13th day of August, 2007.

    /s/ Jacob A. Fuller
    **JACOB A. FULLER**