IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED PORTIS, *et al.*,           )<br>                                                )<br>    Plaintiffs,                         )<br>v.                                           )<br>                                                )<br>STATE FARM INSURANCE COMPANY, )<br>                                                )<br>    Defendant.                        ) | CASE NO. 2:06-cv-926-MEF |

## **O R D E R**

On August 13, 2007, Plaintiff's counsel mentioned in a document filed with this Court that one of the two named plaintiffs, Fred Portis had recently passed away. In light of this statement it is hereby ORDERED that on or before, **August 31, 2007**, counsel for Plaintiff shall file with this Court a legal brief supported by appropriate factual exhibits addressing the following issues: (i) the factual and legal basis for any assertion that he continues to have the authority to act as counsel for Plaintiff Fred Portis in this case; (ii) for each and every claims set forth in the Complaint, the legal basis for the survival of any of the claims of Plaintiff Fred Portis given his death or if none of the claims survive, the legal authority for the proposition that the death of Plaintiff Fred Portis extinguished those claims; (iii) the specific identity of the person or persons authorized by law to act on behalf of Plaintiff Fred Portis' estate or his heirs or successors, including the name(s), address(es), and telephone number(s) for each such person; (iv) legal documentation establishing that the person or persons identified as being authorized by law to act on behalf of Plaintiff Fred Portis' estate

or his heirs or successors are actually so authorized; and (v) documentation establishing the fact of the death of Fred Portis (such a copy of a certificate of death).

DONE this the 20th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE