IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRED PORTIS and BEVERLY PORTIS, )
)
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 2:06-CV-926-MEF
)
STATE FARM FIRE AND CASUALTY )
COMPANY, )
)
Defendant )

**SUGGESTION OF DEATH**

Comes now, Beverly Portis, Co-Plaintiff in the above referenced matter and surviving spouse of Fred Portis and suggests upon the record that Fred Portis has heretofore departed this life on August 3, 2007. That a copy of his death certificate is attached hereto as Exhibit "A".

/s/ J. Doyle Fuller
**J. DOYLE FULLER** (FUL005)

Law Offices of J. DOYLE FULLER, L.L.C.
2851 Zelda Road
Montgomery, Alabama 36106
(334) 270-0020
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Suggestion of Death upon the following by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 30th day of August, 2007.

**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire and Casualty Company
BEERS, ANDERSON, JACKSON,
PATTY, VAN HEEST & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

**/S/ J. DOYLE FULLER**
**OF COUNSEL**

# ALABAMA

## CERTIFICATE OF DEATH

## MEDICAL CERTIFICATION

This is a true and correct copy of the record on file with the Montgomery County Health Department

Signature of Local or Deputy Registrar

Date of Issue