## IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND CASUALTY )<br>COMPANY, )<br>)<br>Defendant ) | CIVIL ACTION NO. 2:06-CV-926-MEF |

**PLAINTIFFS' WITNESS LIST**

Beverly Portis ("Portis") may or will call the following witnesses to testify on her behalf:

1. Beverly Portis, whose address and telephone number are c/o the undersigned counsel for Plaintiff.

2. Frederick Portis, Jr., whose address and telephone number are c/o the undersigned counsel for Plaintiff.

3. Shawn Sims, State Farm, P.O. Box 210159, Montgomery, Alabama 36121, (334)213-1000.

4. Angela B. Pierce, State Farm, P.O. Box 210159, Montgomery, Alabama 36121, (334)213-1000.

5. Representative of Service Master, P.O. Box 211045, Montgomery, Alabama 36121. (334) 277-8778.

6. Representative of ServePro of Montgomery, 5939 Troy Highway, Montgomery, Alabama 36121. (334) 284-1612.

7. Representative of Jim Massey Cleaners, 4021 Atlanta Highway, Montgomery, Alabama 36106.

8. Ron Davis, J C Snowden Construction Co., 100 Gibson Hills Drive, Montgomery, AL 36116.

9. All witnesses listed by Defendant.

/s/ J. Doyle Fuller
Attorney for Plaintiffs

Of Counsel:
J. Doyle Fuller, PC
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9849 fax

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by CM/ECF , to

**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire and
Casualty Company
BEERS, ANDERSON, JACKSON,
PATTY, VAN HEEST & FAWAL, P.C.
Post Office Box 1988
Montgomery, Alabama 36102-1988

on this the 25th day of September, 2007.

/s/ J. Doyle Fuller
**Of Counsel**