IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-926-MEF |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S EXHIBIT LIST

1. Pre-suit claim file for claim no. 01-Q140-779, except any documents therein which might be privileged from production, Bates Nos. SF-Portis 00001-01046.

2. Certified copy of Policy No. 01-52-3794-4.

    s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire &
Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2007, I electronically filed DEFENDANT'S EXHIBIT LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jacob Fuller, Esq.
LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                    s/ Micheal S. Jackson
                                    **OF COUNSEL**