IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-926-MEF |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S WITNESS LIST**

NOW COMES Defendant State Farm Fire and Casualty Company and submits its Witness List as to whom it may call during the trial of this matter:

1. Beverly Portis, Plaintiff

2. Fred Portis, Jr., son of Plaintiff

3. Shawn Simms
   State Farm Fire & Casualty Co.
   100 State Farm Parkway
   Birmingham, AL 35297

4. Angela Pierce
   State Farm Fire & Casualty Co.
   1100 Emory Folmar Blvd.
   Montgomery, AL 36110

5. Brad (last name unknown) or other representative of ServPro of Montgomery
   5939 Troy Highway
   Montgomery, AL 36121

6. Jerry Averill
   Service Master by Averill
   3600 Richard Road
   Montgomery, AL 36111

7. Toinette Mitchell or other representative of Jim Massey Cleaners
531 East South Street
Montgomery, AL 36104

8. Charles Whitley
Engineering Design & Testing Corporation
P.O. Box 610406
Birmingham, AL 35261

9. Ron Davis
J. C. Snowden Construction Company
169 Gibson Hills Drive
Montgomery, AL 36116

10. Alvin Lawson
Lawson Construction Company
323 Randolph Street
Montgomery, AL 36104

11. Gilbert Nelson
Lawson Construction Company
323 Randolph Street
Montgomery, AL 36104

12. Joyce Averill
Service Master by Averill
3600 Richard Road
Montgomery, AL 36111

13. Any witness listed by the Plaintiff

Defendant reserves the right to amend this Witness List.

**RESPECTFULLY SUBMITTED** this the 26th day of September, 2007.

    s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant State Farm Fire & Casualty Company
BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2007, I electronically filed DEFENDANT'S WITNESS LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jacob Fuller, Esq.
LAW OFFICE OF J. DOYLE FULLER
2851 Zelda Road
Montgomery, AL 36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                            s/ Micheal S. Jackson
                                            **OF COUNSEL**