IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED PORTIS, *et al.*,          )<br>                                         )<br>     Plaintiffs,                 )<br>v.                                        )<br>                                         )<br>STATE FARM INSURANCE COMPANY, )<br>                                         )<br>     Defendant.                  ) | CASE NO. 2:06-cv-926-MEF |

## **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved.  Accordingly, it is hereby ORDERED that the parties file a joint stipulation of dismissal on or before **October 19, 2007**.  It is further ORDERED that the pretrial hearing set in this case for October 9, 2007 at 3:30 P.M.  in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama is CANCELLED.

DONE this the 9th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE