IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED PORTIS and BEVERLY PORTIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-926-MEF |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, Beverly Portis, by and through counsel, and Defendant, State Farm Fire and Casualty Company, by and through counsel, and stipulate that this cause be dismissed with prejudice, each party to bear its own costs.

DONE this the 17th day of October, 2007.

_____
J. DOYLE FULLER [FULL1800]
Attorney for Plaintiff, Beverly Portis
LAW OFFICE OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, AL 36106
(334) 270-0020
(334) 270-9848 - fax

_____
MICHEAL S. JACKSON [JAC015]
Attorney for State Farm Fire and Casualty Company
BEERS, ANDERSON, JACKSON, PATTY & FAWAL
P.O. Box 1988
Montgomery, AL 36102-1988
(334) 834-5311
(334) 834-5362 - fax